

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Tamala Yasmen Williams a/k/a Tamala Y. Williams, Appellant

No. 06-23-00018-CR     v.

The State of Texas, Appellee

Appeal from the 372nd District Court of Tarrant County, Texas (Tr. Ct. No. 1539312D). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Tamala Yasmen Williams a/k/a Tamala Y. Williams, pay all costs incurred by reason of this appeal.

RENDERED MARCH 7, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk